█ The People of the State of New York, Respondent, v James Collins Wraggs, Appellant. — Judgment unanimously affirmed. Memorandum: In view of the overwhelming evidence of defendant's guilt, the prosecutor's isolated reference to defendant's incarceration in Attica for a prior conviction, although improper, does not require reversal of his conviction (see *People v Crimmins,* 36 NY2d 230). We have considered defendant's additional claims and find them to be without merit. (Appeal from judgment of Monroe County Court, Celli, J. — assault, second degree.) Present — Hancock, Jr., J. P., Callahan, Doerr, Denman and O'Donnell, JJ.

█ Seacoast Construction Company, Inc., Appellant, v Niagara County Sewer District No. 1 et al., Respondents and Third-Party Plaintiffs-Respondents. J. Wesley Andrews et al., Third-Party Defendants-Respondents. — Order and judgment *unanimously* affirmed, without costs, and motion to amend notice of appeal granted. (Appeal from order and judgment of Niagara Supreme Court, Broughton, J. — adjust contract.) Present — Hancock, Jr., J. P., Callahan, Doerr, Denman and O'Donnell, JJ.